IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:07CR3121 |
| v. | ) | |
| | ) | **MEMORANDUM** |
| CHRISTOPHER SHANN REYNOLDS, | ) | **AND ORDER** |
| Defendant. | ) | |

The defendant, by Korey Reiman, has filed a motion seeking a sentence reduction. (Filing no. 75.)[1] The defendant *may* be entitled to a reduction in sentence due to the retroactive application of the "Crack Cocaine Amendment" to the federal Sentencing Guidelines implementing the Fair Sentencing Act of 2010, effective November 1, 2011. The defendant should understand that I have made no determination whether the defendant is covered by the Amendment or whether the defendant, if covered by the Amendment, should be given a reduction. Those questions are yet to be determined. With the foregoing in mind,

IT IS ORDERED that:

1. Korey Reiman is herewith appointed to represent the defendant. The Clerk's office shall provide the Federal Public Defender, Korey Reiman and the defendant with a copy of this order. The Federal Public Defender shall provide Mr. Reiman with a CJA voucher.

---

[1] The defendant received a Rule 35 reduction to 67 months on or about June 8, 2011. (Filing no. 73.)

2. **No later than February 13, 2012** the probation office shall provide the undersigned *and* counsel of record with a "Retroactive Sentencing Worksheet." If the officer requires additional time, a request may be made to the undersigned by e-mail. The Clerk's office shall provide Mike Norton, Supervisory United States Probation Officer, with a copy of this Memorandum and Order

3. **No later February 27, 2012** counsel of record shall confer and do one of the following:

   A. File a stipulation signed by both counsel containing the following provisions: (i) an agreement that the defendant is eligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c) and U.S.S.G. § 1B1.10; (ii) an agreement that the defendant may be resentenced without being present and without further notice; and (iii) an agreement regarding the recommended sentence.

   B. In lieu of the stipulation provided in paragraph A, counsel for the government shall contact my judicial assistant and arrange a telephone conference with the undersigned and counsel for the defendant so that further progression of this case may be scheduled.

December 27, 2011.

                                                                 BY THE COURT:

                                                                  *Richard G. Kopf*
                                                                  Senior United States District Judge